ALOIS FRANK BAUMGARTNER ET AL., EXECUTORS, ESTATE OF FRANK ALOIS BAUMGARTNER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 22272.   Promulgated September 18, 1929.

*Chester A. Gwinn, Esq.*, for the petitioner.
*L. S. Pendleton, Esq.*, for the respondent.

## OPINION.

MORRIS: The identical question here, that is, whether all or one-half of the community property of husband and wife is subject to Federal estate tax under the Revenue Act of 1921, was considered and disposed of in *Griffith Henshaw, Executor*, 12 B. T. A. 1441, affirmed in *Henshaw* v. *Commissioner of Internal Revenue*, 31 Fed. (2d) 946, and, therefore, the determination of the respondent will be approved to the extent of the stipulated deficiency herein.

*Judgment will be entered for the respondent.*